IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,

        Plaintiff,

v.

WILLIAM D. SPENCER, et al.,

        Defendants.

NO. C04-4632 TEH

ORDER OF DISQUALIFICATION

    I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

**IT IS SO ORDERED.**

DATED   07/25/05

/s/
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT