IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SF BAY AREA RAPID TRANS,<br><br>        Plaintiff,<br><br>  v.<br><br>WILLIAM D SPENDER,<br><br>        Defendant.<br>_____/ | No. C 04-04632 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 9, 2005 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 7, 2006.

DESIGNATION OF EXPERTS: 7/10/06; REBUTTAL: 7/31/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 31, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by September 29, 2006;

    Opp. Due October 13, 2006; Reply Due October 20, 2006;

    and set for hearing no later than November 3, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 9, 2007 at 3:30 PM.

JURY TRIAL DATE: January 22, 2007 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be ten days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff shall file it's Second Amended Complaint by October 14, 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/7/05

                                                                  SUSAN ILLSTON
                                                                  United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SF BAY AREA RAPID TRANS, | No. C 04-04632 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| WILLIAM D SPENDER, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 9, 2005 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 7, 2006.

DESIGNATION OF EXPERTS: 7/10/06; REBUTTAL: 7/31/06.
 Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 31, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by September 29, 2006;

 Opp. Due October 13, 2006; Reply Due October 20, 2006;

 and set for hearing no later than November 3, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 9, 2007 at 3:30 PM.

JURY TRIAL DATE: January 22, 2007 at 8:30 AM.,
 Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be ten days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff shall file it's Second Amended Complaint by October 14, 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/7/05

SUSAN ILLSTON
United States District Judge