Timothy L. McInerney, #124807
LeCarie S. Whitfield #192186
Gregory J. Gangitano, #226987
McInerney & Dillon, P.C.
One Kaiser Plaza, 18th Floor
Oakland, California 94612-3610
Tel (510) 465-7100; Fax (510) 465-8556

William J. McGahan, #165706
General Counsel
F.W. Spencer & Son, Inc.
1422 Harrison Street
Oakland, California 94612
Tel (510) 451-2300; Fax (510) 238-1059

Attorneys for defendants F.W. Spencer & Son, Inc.,
Brisbane Mechanical Co., William D. Spencer,
William McGahan and Bruce Bonar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, for itself and for and in the name of the people of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM D. SPENCER, F.W. SPENCER & SON, INC., BRISBANE MECHANICAL CO., WILLIAM M. McGAHAN, BRUCE R. BONAR and DOES 1-25,<br><br>Defendants. | Case No.   C-04-04632 TEH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT |

Pursuant to Federal Rule of Civil Procedure Rules 6(b) and Northern District Local Rule 6-1 and 6-2, plaintiff and defendants hereby stipulate and agree that defendants shall have an additional 10 court days, to December 2, 2005, in which to respond to the second amended complaint on file in this action. Such extension is necessary for defendants' to prepare an appropriate response to the detailed allegations contained in the second amended complaint.

Respectfully submitted,

Dated: November 18, 2005            McINERNEY & DILLON, P.C.

                                    By: /s/ LeCarie S. Whitfield
                                        LeCarie S. Whitfield

                                    Attorneys for defendants


Dated: November 18, 2005            SQUIRE, SANDERS & DEMPSEY LLP

                                    By: /s/ Eduardo G. Roy
                                        Eduardo G. Roy

                                    Attorneys for plaintiff


# ORDER

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: Nov. 21, 2005

**Honorable Susan Ilston**
**UNITED STATES DISTRICT JUDGE**