IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SF BAY AREA RAPID TRANS,<br><br>    Plaintiff,<br><br> v.<br><br>WILLIAM D SPENDER,<br><br>    Defendant.<br>              / | No. C 04-04632 SI<br>**AMENDED**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 17, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 29, 2006.

DESIGNATION OF EXPERTS: 9/1/06; REBUTTAL: 9/18/06.
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 6, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by October 13, 2006;

  Opp. Due October 27, 2006; Reply Due November 3, 2006;

 and set for hearing no later than November 17, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 9, 2007 at 3:30 PM.

JURY TRIAL DATE: January 22, 2007 at 8:30 AM.,
  Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be ten days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By June 23, 2006 counsel shall inform the Court if the parties will be participating in another mediation session with Judge Lynch and will submit a proposed protective order.

If the parties are unable to agree on a follow-up mediation with Lynch, the Court will refer this matter to a magistrate-judge for settlement purposes.

In the event the parties are unable to draft proposed protective order, a standard protective order will be provided by the court.

The Court accepted counsel's new trial schedule and will issue an amended pretrial order.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/16/06

SUSAN ILLSTON
United States District Judge