SQUIRE, SANDERS & DEMPSEY L.L.P.
Eduardo G. Roy (State Bar # 146316)
Rodney R. Patula (State Bar # 182052)
Evan S. Nadel (State Bar # 213230)
Daniel T. Balmat (State Bar # 230504)
One Maritime Plaza, Suite 300
San Francisco, CA 94111 3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Plaintiff

MCINERNEY & DILLON, P.C.
Timothy L. McInerney (State Bar # 124807)
LeCarie S. Whitfield (State Bar # 192186)
Gregory J. Gangitano (State Bar # 226987)
1999 Harrison Street, Ste. 1700
Oakland, CA 94612-4700
Telephone: +1.510.465.7100
Facsimile: +1.510.465.8556

William J. McGahan (State Bar # 165706)
General Counsel
F.W. SPENCER & SON, INC.
1422 Harrison Street
Oakland, CA 94612
Telephone: +1.510.451.2300
Facsimile: +1.510.238.1059

Attorneys for Defendants
Co-counsel for F.W. Spencer & Son, Inc., Brisbane Mechanical Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT**, a multi-county rapid transit district established and existing under the laws of California;<br><br>Plaintiff,<br><br>vs.<br><br>**WILLIAM D. SPENCER**, an individual; **F.W. SPENCER & SON, INC.**, a California corporation; **BRISBANE MECHANICAL CO.**, a California corporation; **WILLIAM MCGAHAN**, an individual; **BRUCE R. BONAR**, an individual; and **DOES 1-25**,<br><br>Defendants. | Case No. C 04 4632 SI<br><br>**STIPULATION AND JOINT MOTION OF ALL PARTIES TO EXTEND CUTOFF FOR NON-EXPERT DISCOVERY SOLELY FOR DEPOSITION OF A. ANSWER, INC.**<br><br>**(WITHOUT AFFECTING SCHEDULING FOR DISPOSITIVE MOTIONS, PRETRIAL CONFERENCE, OR TRIAL)** |

All parties hereto, by and through their respective, undersigned counsel, hereby stipulate to, and jointly move for, an order amending the Order of the Court dated August 29, 2006, for the limited purpose of allowing one deposition to be taken after the September 22, 2006 non-expert discovery cut-off. The deposition will be of non-party A. Answer, Inc., through its corporate representative Patsy Reese, and counsel for all parties, including counsel for A. Answer, Inc., have agreed to conduct the deposition on September 26, 2006. Counsel for BART has properly subpoenaed A. Answer, Inc. and provided notice to defense counsel of the deposition. The deposition originally had been scheduled to occur in August, but the witness and its counsel were not available. BART's efforts to reschedule the deposition for a date before September 22nd have been unsuccessful due to the unavailability of the corporate representative witness and counsel for A. Answer, Inc., both of whom are available and have agreed to appear for the deposition on September 26, 2006.

This Stipulation shall not alter any other dates or deadlines established in the Court's scheduling Order dated August 29, 2006, or any other terms of that Order or the Amended Pretrial Preparation Order of June 16, 2006.

In support of, and as grounds for, this Motion, the parties state as follows:

(1) Despite diligent efforts to schedule and complete the deposition of A. Answer, Inc. prior to the current September 22, 2006 deadline, the parties were unable to complete the deposition, primarily because of pre-paid vacation, witness unavailability and other scheduling conflicts of counsel for A. Answer, Inc. and its corporate representative witness.

///
///
///
///
///
///
///
///

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

STIPULATION AND JOINT MOTION
Case No. C 04 4632 SI

- 1 -

(2)  This stipulation and joint motion is made for the reasons stated and not for purposes of undue delay or to unfairly prejudice any party or the administration of justice. The amended scheduling Order sought hereby would not affect the schedule for any procedures or proceedings, including dispositive motions or trial.

DATED: September 12, 2006           SQUIRE, SANDERS & DEMPSEY L.L.P.

                                    By:  /s/Evan S. Nadel
                                        Eduardo G. Roy
                                        Rodney R. Patula
                                        Evan S. Nadel
                                        Daniel T. Balmat

                                    Attorneys for Plaintiff

DATED: September 12, 2006           MCINERNEY & DILLON, P.C.

                                    By:  /s/LeCarie S. Whitfield
                                        Timothy L. McInerney
                                        LeCarie S. Whitfield
                                        Gregory J. Gangitano

                                    Attorneys for Defendants

**IT IS SO ORDERED.**

DATED:_____         _____
                                    HON. SUSAN ILLSTON

# PROOF OF SERVICE
(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I, JOHN R. AGUILAR, am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492, which is located in the county where any non-personal service described below took place.

On September 13, 2006, a copy of the following document(s):

**STIPULATION AND JOINT MOTION OF ALL PARTIES TO EXTEND CUTOFF FOR NON-EXPERT DISCOVERY SOLELY FOR DEPOSITION OF A. ANSWER, INC. (WITHOUT AFFECTING SCHEDULING FOR DISPOSITIVE MOTIONS, PRETRIAL CONFERENCE, OR TRIAL)**

was served on:

| | |
|---|---|
| MCINERNEY & DILLON, P.C.<br>Timothy L. McInerney, Esq.<br>LeCarie S. Whitfield, Esq.<br>Lake Merritt Plaza<br>1999 Harrison Street, Street 1700<br>Oakland, CA 94612-4700 | **Attorneys for Defendants**<br>**WILLIAM D. SPENCER, F.W.**<br>**SPENCER & SON, INC., BRISBANE**<br>**MECHANICAL CO., BRUCE R.**<br>**BONAR, and WILLIAM M.**<br>**MCGAHAN** |
| William J. McGahan<br>General Counsel<br>F.W. Spencer & Son, Inc.<br>1422 Harrison Street<br>Oakland, CA 94612 | **Co-Counsel for Defendants**<br>**F.W. SPENCER & SON, INC.,**<br>**BRISBANE MECHANICAL CO.** |

Service was accomplished as follows.

☒ **By U.S. Mail.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **By Facsimile.** On the above date, I transmitted the above-mentioned document(s) by facsimile transmission machine to the parties noted above, whose facsimile transmission machine telephone number is set forth above.

☐ **By Express Service Carrier.** On the above date, I sealed the above document(s) in an envelope or package designated by Federal Express, an express service carrier, addressed to the above, and I deposited that sealed envelope or package in a box or other facility regularly maintained by the express service carrier, or delivered that envelope to an authorized courier or driver authorized by the express service carrier to receive documents, located in San Francisco, California with delivery fees paid or otherwise provided for.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

- i -

STIPULATION AND JOINT MOTION
Case No. C 04 4632 SI

1  I declare that I am employed in the office of a member of the bar of this court at whose
2  direction the service was made. Executed on September 13, 2006, at San Francisco, California.

3  /s/John R. Aguilar
   JOHN R. AGUILAR

**SQUIRE, SANDERS &
DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

- ii -

**STIPULATION AND JOINT MOTION**
Case No. C 04 4632 SI