**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>          Plaintiff,<br><br>   v.<br><br>WILLIAM D. SPENCER, et al.,<br><br>          Defendants.<br>                                                              / | No. C 04-04632 SI<br><br>**ORDER GRANTING MOTION TO QUASH DEPOSITION SUBPOENA** |

By letter brief filed September 6, 2006, defendants F.W. Spencer & Son, Inc. ("FWS"), Brisbane Mechanical Company ("BMC") and William D. Spencer move to quash the deposition subpoena to San Luis Gonzaga/Brisbane Mechanical Company Joint Venture ("SLG/BMC"). Plaintiff San Francisco Bay Area Rapid Transit District ("BART"), opposes this motion by letter brief filed September 13, 2006.

The joint venture SLG/BMC no longer exists. BMC, the surviving member of the venture, has already been deposed, and plaintiff will have a further opportunity to depose defendant FWS, of which defendant BMC is a unit, pursuant to the separate order issued by this Court on September 25, 2006. Consequently, the motion to quash the deposition subpoena of SLG/BMC is GRANTED. (Docket # 79)

**IT IS SO ORDERED.**

Dated: September 25, 2006

                                                                                         SUSAN ILLSTON
                                                                                         United States District Judge