IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM D. SPENCER et al.,<br><br>Defendants.<br>_____/ | No. C 04-04632 SI<br><br>**ORDER DENYING MOTION TO COMPEL ADEQUATE INTERROGATORY RESPONSES** |

On September 28, 2006, plaintiff San Francisco Bay Area Rapid Transit District ("BART") submitted a letter brief to the Court seeking an order compelling adequate responses to a set of interrogatories served on defendants F.W. Spencer & Son, Inc. ("FWS") and Brisbane Mechanical Company ("BMC") in January 2006. The Court DENIES plaintiff's motion as untimely.

Civil Local Rule 26-2 provides, in pertinent part: "[N]o motions to compel fact discovery may be filed more than 7 court days after the fact discovery cut-off . . . . Discovery requests that call for responses or depositions after the applicable discovery cut-off are not enforceable, except by order of the Court for good cause shown." C.L. Rule 26-2. By stipulated order, on August 29, 2006, the parties extended the cut-off for non-expert discovery to September 14, 2006. *See* August 29, 2006 Order at 2 (Docket No. 75). Based on this cut-off date, pursuant to Local Rule 26-2, the deadline for any motions to compel was September 25, 2006. BART presents no argument to support a finding of good cause for bringing its motion three days after this deadline. BART received the final set of amended responses from FWS and BMC on August 16, 2006. *See* BART Letter Br., Exhs. 10 & 11. BART thus had ample opportunity to meet and confer, and bring its motion, before the September 25, 2006 deadline.

For the foregoing reasons and for good cause shown, the Court hereby DENIES BART's motion to compel adequate interrogatory responses (Docket No. 94).

**IT IS SO ORDERED.**

Dated: October 23, 2006

SUSAN ILLSTON
United States District Judge