SQUIRE, SANDERS & DEMPSEY L.L.P.
Eduardo G. Roy (State Bar # 146316)
Rodney R. Patula (State Bar # 182052)
Evan S. Nadel (State Bar # 213230)
Daniel T. Balmat (State Bar # 230504)
One Maritime Plaza, Suite 300
San Francisco, CA 94111 3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Plaintiff

MCINERNEY & DILLON, P.C.
Timothy L. McInerney (State Bar # 124807)
LeCarie S. Whitfield (State Bar # 192186)
Gregory J. Gangitano (State Bar # 226987)
1999 Harrison Street, Ste. 1700
Oakland, CA 94612-4700
Telephone: +1.510.465.7100
Facsimile: +1.510.465.8556

William J. McGahan (State Bar # 165706)
General Counsel
F.W. SPENCER & SON, INC.
1422 Harrison Street
Oakland, CA 94612
Telephone: +1.510.451.2300
Facsimile: +1.510.238.1059

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT**, a multi-county rapid transit district established and existing under the laws of California; | **Case No. C 04 4632 SI** |
| Plaintiff, | **JOINT APPLICATION FOR 48-HOUR ENLARGEMENT OF TIME FOR PRE-TRIAL FILINGS** |
| vs. | |
| **WILLIAM D. SPENCER**, an individual; **F.W. SPENCER & SON, INC.**, a California corporation; **BRISBANE MECHANICAL CO.**, a California corporation; **WILLIAM MCGAHAN**, an individual; **BRUCE R. BONAR**, an individual; and **DOES 1-25**, | **Trial Date:** January 22, 2007 |
| Defendants. | |

In light of the Court's Order, served by the Electronic Case Facility at 3:39 p.m. today, denying plaintiff's motion for reconsideration concerning summary judgment on plaintiff's unjust enrichment claim, the parties hereby jointly request an extension of time of 48 hours to file the joint pre-trial conference statement and other pre-trial filings specified in the Court's prior case management order.

Because the Court had ordered defendants to file their opposition to the motion for reconsideration by January 10, plaintiff did not anticipate that the Court would decide the motion today. Consequently, plaintiff drafted its portions of the joint pre-trial conference statement with the assumption that the motion for reconsideration still would be pending at the time of filing and, thus, the pending motion and potential for reinstatement of the unjust enrichment claim profoundly affected the content of the pre-trial submissions. In addition, during the parties' meet and confer conferences on pre-trial submissions, they conferred under impression that this motion was still pending and would not be decided at the time of filing those submissions. The parties both agree that an extension of time of 48 hours to file the pre-trial submissions would be helpful as a result of this development.

DATED: January 9, 2007  SQUIRE, SANDERS *& DEMPSEY L.L.P.

By: /s/Evan S. Nadel
Eduardo G. Roy
Rodney R. Patula
Evan S. Nadel
Daniel T. Balmat

Attorneys for Plaintiff

DATED: January 9, 2007  MCINERNEY & DILLON, P.C.

By: /s/Timothy L. McInerney
Timothy L. McInerney
LeCarie S. Whitfield
Gregory J. Gangitano

Attorneys for Defendants

*(Continued on Next Page)*

-2-

*(Continued From Previous Page)*

**IT IS SO ORDERED.**

DATED:_____   _____
                                        HON. SUSAN ILLSTON

**PROOF OF SERVICE**
(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I, JOHN R. AGUILAR, am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492, which is located in the county where any non-personal service described below took place.

On January 9, 2007, a copy of the following document(s):

**JOINT APPLICATION FOR 48-HOUR ENLARGEMENT OF TIME FOR PRE-TRIAL FILINGS**

via United States District Court Electronic Filing Service on the party(ies) as set forth below:

| | |
|---|---|
| MCINERNEY & DILLON, P.C.<br>Timothy L. McInerney, Esq.<br>LeCarie S. Whitfield, Esq.<br>Lake Merritt Plaza<br>1999 Harrison Street, Street 1700<br>Oakland, CA 94612-4700<br>lsw@mcinerney-dillon.com<br><br>(*copies sent via e-mail to:*<br>tlm@mcinerney-dillon.com and<br>gjg@mcinerney-dillon.com) | **Attorneys for Defendants**<br>**WILLIAM D. SPENCER, F.W.**<br>**SPENCER & SON, INC.,**<br>**BRISBANE MECHANICAL CO.,**<br>**BRUCE R. BONAR, and WILLIAM**<br>**M. MCGAHAN** |
| William J. McGahan<br>General Counsel<br>**Brisbane Mechanical Company**<br>1422 Harrison Street<br>Oakland, CA 94612<br><br>(*copies sent via e-mail to:*<br>wjmcgahan@hotmail.com) | **Attorneys for Defendants**<br>**WILLIAM D. SPENCER, F.W.**<br>**SPENCER & SON, INC.,**<br>**BRISBANE MECHANICAL CO.,**<br>**BRUCE R. BONAR, and WILLIAM**<br>**M. MCGAHAN** |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on January 9, 2007, at San Francisco, California.

/s/John R. Aguilar
JOHN R. AGUILAR