SQUIRE, SANDERS & DEMPSEY L.L.P.
Eduardo G. Roy (State Bar # 146316)
eroy@ssd.com
Rodney R. Patula (State Bar # 182052)
rpatula@ssd.com
Evan S. Nadel (State Bar # 213230)
enadel@ssd.com
Daniel T. Balmat (State Bar # 230504)
dbalmat@ssd.com
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Plaintiff
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT**, a multi-county rapid transit district established and existing under the laws of California,<br><br>Plaintiff,<br><br>vs.<br><br>**WILLIAM D. SPENCER**, an individual; **F.W. SPENCER & SON, INC.**, a California corporation; **BRISBANE MECHANICAL CO.**, a California corporation; **WILLIAM MCGAHAN**, an individual; **BRUCE R. BONAR**, an individual; and **DOES 1-25**,<br><br>Defendants. | Case No. C 04 4632 SI<br><br>**REQUEST AND [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO INSTALL ELECTRONIC TRIAL PRESENTATION EQUIPMENT**<br><br>Trial Date: January 22, 2007<br>Time: 8:30 a.m. |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

REQUEST AND [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO INSTALL ELECTRONIC TRIAL PRESENTATION EQUIPMENT Case No. C 04 4632 SI

1  Plaintiff San Francisco Bay Area Rapid Transit District hereby requests leave for its
2  vendor to install and operate during the above-referenced trial, electronic trial presentation
3  equipment, including a projection screen, projector, monitor, monitor stand, and related
4  equipment.

DATED: January 17, 2007

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: /s/ Daniel T. Balmat
    Eduardo G. Roy
    Rodney R. Patula
    Evan S. Nadel
    Daniel T. Balmat

Attorneys for Plaintiff

SO ORDERED.

DATED:_____

_____
HON. SUSAN ILLSTON

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

-2-
REQUEST AND [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO INSTALL
ELECTRONIC TRIAL PRESENTATION EQUIPMENT Case No. C 04 4632 SI