IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>            Plaintiff,<br><br>   v.<br><br>WILLIAM D. SPENCER, et al.,<br><br>            Defendants.                              / | No. C 04-04632 SI |

**SPECIAL VERDICT**

We, the jury in the above entitled action, find unanimously as follows for our special verdict:

///

**AS TO DEFENDANT <u>WILLIAM D. SPENCER</u>:**

<u>Question No. 1</u>: Did BART prove, by a preponderance of the evidence, all of the elements required to demonstrate that defendant William D. Spencer violated <u>Subsection (1)</u> of the California False Claims Act?     Yes _____     No _____

<u>Question No. 2</u>: Did BART prove, by a preponderance of the evidence, all of the elements required to demonstrate that defendant William D. Spencer violated <u>Subsection (2)</u> of the California False Claims Act?     Yes _____     No _____

<u>Question No. 3</u>: Did BART prove, by a preponderance of the evidence, all of the elements required to demonstrate that defendant William D. Spencer violated <u>Subsection (3)</u> of the California False Claims Act?     Yes _____     No _____

If your answers to Questions 1, 2 and 3 were all "No," please go to Question No. 5 . Otherwise, please answer the next question:

<u>Question No. 4</u>:  For how many of the 97 progress payment applications did BART prove that William D. Spencer is liable under one or more of these Subsections?     _____ (number)

Please answer the next question.

///

**AS TO DEFENDANT <u>WILLIAM McGAHAN</u>:**

<u>Question No. 5</u>: Did BART prove, by a preponderance of the evidence, all of the elements required to demonstrate that defendant William McGahan violated <u>Subsection (1)</u> of the California False Claims Act?        Yes _____        No _____

<u>Question No. 6</u>: Did BART prove, by a preponderance of the evidence, all of the elements required to demonstrate that defendant William McGahan violated <u>Subsection (2)</u> of the California False Claims Act?        Yes _____        No _____

<u>Question No. 7</u>: Did BART prove, by a preponderance of the evidence, all of the elements required to demonstrate that defendant William McGahan violated <u>Subsection (3)</u> of the California False Claims Act?        Yes _____        No _____

If your answers to Questions 5, 6, and 7 were all "No," please go to Question No. 9. Otherwise, please answer the next question:

<u>Question No. 8</u>:  For how many of the 97 progress payment applications did BART prove that William McGahan is liable under one or more of these Subsections?        _____ (number)

Please answer the next question.

///

1 **AS TO DEFENDANT <u>BRUCE R. BONAR</u>:**

3 <u>Question No. 9</u>: Did BART prove, by a preponderance of the evidence, all of the elements required to
4 demonstrate that defendant Bruce R. Bonar violated <u>Subsection (1)</u> of the California False Claims Act?
5      Yes _____     No _____

7 <u>Question No. 10</u>: Did BART prove, by a preponderance of the evidence, all of the elements required to
8 demonstrate that defendant Bruce R. Bonar violated <u>Subsection (2)</u> of the California False Claims Act?
9      Yes _____     No _____

11 <u>Question No. 11</u>: Did BART prove, by a preponderance of the evidence, all of the elements required to
12 demonstrate that defendant Bruce R. Bonar violated <u>Subsection (3)</u> of the California False Claims Act?
13      Yes _____     No _____

16 If your answers to Questions 9, 10, and 11 were all "No," please go to Question No. 13 . Otherwise,
17 please answer the next question:

19 <u>Question No. 12</u>:  For how many of the 97 progress payment applications did BART prove that Bruce
20 R. Bonar is liable under one or more of these Subsections? _____ (number)

22 Please answer the next question.

27 ///

**AS TO DEFENDANT F. W. SPENCER & SON, INC.:**

Question No. 13: Did BART prove, by a preponderance of the evidence, all of the elements required to demonstrate that defendant F. W. Spencer & Son, Inc. violated Subsection (1) of the California False Claims Act?        Yes _____         No _____

Question No. 14: Did BART prove, by a preponderance of the evidence, all of the elements required to demonstrate that defendant F. W. Spencer & Son, Inc violated Subsection (2) of the California False Claims Act?        Yes _____         No _____

If your answers to Questions 13 and 14 were both "No," please go to Question No. 16 . Otherwise, please answer the next question:

Question No. 15:  For how many of the 97 progress payment applications did BART prove that F. W. Spencer & Son, Inc is liable under one or more of these Subsections?        _____ (number)

Please answer the next question.

///

**AS TO DEFENDANT <u>BRISBANE MECHANICAL CO.</u>.:**

<u>Question No. 16</u>: Did BART prove, by a preponderance of the evidence, all of the elements required to demonstrate that defendant Brisbane Mechanical Co. violated <u>Subsection (1)</u> of the California False Claims Act?        Yes _____        No _____

<u>Question No. 17</u>: Did BART prove, by a preponderance of the evidence, all of the elements required to demonstrate that defendant Brisbane Mechanical Co. violated <u>Subsection (2)</u> of the California False Claims Act?        Yes _____        No _____

If your answers to Questions 16 and 17 were both "No," please go to Question No. 19 . Otherwise, please answer the next question:

<u>Question No. 18</u>:  For how many of the 97 progress payment applications did BART prove that Brisbane Mechanical Co. is liable under one or more of these Subsections?  _____ (number)

If you did not answer any of the preceding questions "Yes," then do not answer any further questions; instead, please go to the end of this form, sign and date it where indicated, and inform the Court that you have reached a verdict.  Otherwise, please answer the next question.

///

**OTHER DAMAGES:**

<u>Question No. 19</u>: Did BART prove, by a preponderance of the evidence, that the violation(s) of the California False Claims Act by any defendant caused BART damages as defined in the instructions?

      Yes _____     No _____

<u>Question No. 20</u>: If your answer to Question 19 was "Yes," what is the amount of damages BART proved? _____

Please answer the following questions:

**STATUTE OF LIMITATIONS:**

<u>Question No. 21</u>   Did defendants prove, by a preponderance of the evidence, that BART knew or should have known of the fraudulent or false nature of defendants' acts, before November 1, 2001?

      Yes _____     No _____

<u>Question No. 22</u>: Did plaintiff prove by a preponderance of the evidence that defendants fraudulently concealed the fraudulent or false nature of their acts, so that BART, even acting reasonably, did not know of the fraudulent or false nature of defendants' acts before November 1, 2001?

      Yes _____     No _____

**LACHES:**

<u>Question No. 23</u>   Did defendants prove, by a preponderance of the evidence, that BART delayed bringing this action for an unreasonable length of time and that defendants were prejudiced by the delay in bringing this action?

      Yes _____     No _____

Dated: _____

                          FOREPERSON