IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>              Plaintiff,<br><br>   v.<br><br>WILLIAM D. SPENCER, et al.,<br><br>              Defendants.<br>_____ / | No. C 04-04632 SI<br><br>**ORDER RE: DEFENDANTS' SUBMISSION CONCERNING AMOUNT OF CIVIL PENALTIES UNDER FALSE CLAIMS ACT** |

The Court received plaintiff's evidentiary submission re amount of civil penalties under the California False Claims Act, filed February 16, 2007. If they wish to do so, defendants may file a submission concerning this issue **on or before March 5, 2007.** The matter will be submitted for decision at that point and the Court will issue judgment thereafter.

**IT IS SO ORDERED.**

Dated: February 27, 2007

_Susan Illston_
SUSAN ILLSTON
United States District Judge