| | |
|---|---|
| 1 | MCINERNEY & DILLON, P.C. |
| | Timothy L. McInerney (State Bar # 124807) |
| 2 | LeCarie S. Whitfield (State Bar # 192186) |
| | Gregory J. Gangitano (State Bar # 226987) |
| 3 | 1999 Harrison Street, Ste. 1700 |
| | Oakland, CA 94612-4700 |
| 4 | Telephone: +1.510.465.7100 |
| | Facsimile: +1.510.465.8556 |
| 5 | |
| 6 | Attorneys for Defendants |
| 7 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | Eduardo G. Roy (State Bar # 146316) |
| | Rodney R. Patula (State Bar # 182052) |
| 8 | Evan S. Nadel (State Bar # 213230) |
| | Daniel T. Balmat (State Bar # 230504) |
| 9 | One Maritime Plaza, Suite 300 |
| | San Francisco, CA 94111 3492 |
| 10 | Telephone: +1.415.954.0200 |
| | Facsimile: +1.415.393.9887 |
| 11 | |
| 12 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, a multi-county rapid transit district established and existing under the laws of California; | Case No. C 04 4632 SI |
| | Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANTS' TO FILE OBJECTIONS TO PLAINTIFF'S BILL OF COSTS |
| | vs. | |
| | WILLIAM D. SPENCER, an individual; F.W. SPENCER & SON, INC., a California corporation; BRISBANE MECHANICAL CO., a California corporation; WILLIAM MCGAHAN, an individual; BRUCE R. BONAR, an individual; and DOES 1-25, | Honorable Susan Illston |
| | Defendants. | |

WHEREAS on April 12, 2007, Plaintiff filed its bill of costs (Doc. #383);

WHEREAS the parties have previously stipulated to extend Plaintiff's time for objecting to Defendants' bill of costs to Monday, April 30, 2007;

WHEREAS Defendants seek an extension of time to file objections to Plaintiff's bill of costs and the parties wish to coordinate the briefing and hearing schedule for objecting to costs and opposing post-trial motions filed by Defendants, set to be heard by this Court on May 11, 2007;

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

Defendants shall have until Monday, April 30, 2007, to file their objections to Plaintiff's bill of costs.

DATED: April 25, 2007

MCINERNEY & DILLON, P.C.

By: /s/ LeCarie S. Whitfield
Attorneys for Defendants

DATED: April 25, 2007

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: /s/Daniel T. Balmat
Attorneys for Plaintiff

**IT IS SO ORDERED.**

DATED:_____

_____
HON. SUSAN ILLSTON

MCINERNEY & DILLON, P.C.
LAKE MERRIT PLAZA
1999 Harrison Street, Suite 1700
Oakland, CA 94612-4700

-2-

STIPULATION AND [PROPOSED] ORDER FOR ENLARGEMENT OF TIME, Case No. C 04 4632 SI

# PROOF OF SERVICE

I declare that I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within action; my business address is McInerney & Dillon, P.C., 1999 Harrison Street, Suite 1700, Oakland, California 94612-4700.

On the date last written below, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER
FOR ENLARGEMENT OF TIME FOR
DEFENDANTS' TO FILE OBJECTIONS
TO PLAINTIFF'S BILL OF COSTS**

By placing true and correct copies thereof:

__XX__ By electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons, through the Court's ECF-PACER webpage, in which counsel below are registered to receive e-mail at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| Recipient | Email address | Representing |
|---|---|---|
| Eduardo Roy<br>Rodney Patula<br>Evan Nadel<br>Daniel Balmat<br>Squire Sanders & Dempsey<br>One Maritime Plaza, 3rd Floor<br>San Francisco, CA 94111 | eroy@ssd.com<br>rpatula@ssd.com<br>enadel@ssd.com<br>dbalmat@ssd.com | San Francisco Bay Area Rapid Transit District |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 25, 2007

_____
LeCarie S. Whitfield

STIPULATION AND [PROPOSED] ORDER FOR ENLARGEMENT OF TIME, Case No. C 04 4632 SI

-3-