IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>    Plaintiffs,<br><br>  v.<br><br>WILLIAM D. SPENCER, et al.,<br><br>    Defendants.<br>_____ / | No. C 04-04632 SI<br><br>**ORDER RE: DEFENDANT MCGAHAN'S BILL OF COSTS** |

On May 14, 2007, the Court issued an Order on the parties' various post-trial motions. Defendants subsequently filed a letter brief pointing out that the Order did not address defendant William McGahan's bill of costs, and plaintiff's objections to that bill of costs. The Court agrees, and hereby clarifies that the May 14, 2007 Order did not dispose of McGahan's bill of costs or plaintiff's objections. Pursuant to Civil Local Rule 54-4, the Clerk will consider plaintiff's objections and tax the requested costs accordingly. After the Clerk does so, either party may move for review of the Clerk's taxation, pursuant to Civil Local Rule 54-5.

**IT IS SO ORDERED.**

Dated: May 31, 2007

                                                 SUSAN ILLSTON
                                                 United States District Judge