```
1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN (Bar No. 057117)
2  JAMES M. HANLON, JR. (Bar No. 214096)
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Plaintiff SAN FRANCISCO BAY AREA
6  RAPID TRANSIT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIAM D. SPENCER, F.W. SPENCER & SON, INC., BRISBANE MECHANICAL CO., WILLIAM M. McGAHAN, BRUCE R. BONAR and DOES 1-25,<br><br>        Defendants. | Case No. C-04-04632 SI<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiff SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT hereby substitutes Clement L. Glynn and James M. Hanlon, Jr. of Glynn & Finley, LLP, One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596, telephone (925) 210-2800, as counsel for service in this action in place and instead of Rodney R. Patula, Evan S. Nadel, and Daniel T. Balmat of Squire, Sanders & Dempsey LLP, One Maritime Plaza, Suite 300, San Francisco, CA 94111-300, telephone (415) 954-0200. (Eduardo G. Roy, formerly of Squire, Sanders & Dempsey LLP, disassociated from the firm prior to the filing of this substitution.)

- 1 -

SUBSTITUTION OF COUNSEL

|   |   |
|---|---|
| 1 | We consent to the above substitution. |
| 2 | Dated: October 4, 2007 |

          SAN FRANCISCO BAY AREA RAPID
          TRANSIT DISTRICT

          By: [signature]

          Its: Staff Attorney

Dated: October 4, 2007

SQUIRE, SANDERS & DEMPSEY L.L.P.
RODNEY R. PATULA
EVAN S. NADEL
DANIEL T. BALMAT
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

By: [signature]

Above substitution accepted.

Dated: October 4, 2007

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
JAMES M. HANLON
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By: [signature]
    Attorneys for Plaintiff San Francisco
    Bay Area Rapid Transit District

ORDER

IT IS SO ORDERED.

Dated: October ___, 2007

[signature]
The Honorable Susan Illston
United States District Judge

- 2 -

SUBSTITUTION OF COUNSEL

# PROOF OF SERVICE
(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I, MARY ANN MENDOZA, am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492, which is located in the county where any non-personal service described below took place.

On October 4, 2007, a copy of the following document(s):

**SUBSTITUTION OF COUNSEL**

were served via United States District Court Electronic Filing Service on the party(ies) as set forth below:

| | |
|---|---|
| MCINERNEY & DILLON, P.C.<br>Timothy L. McInerney, Esq.<br>LeCarie S. Whitfield, Esq.<br>Lake Merritt Plaza<br>1999 Harrison Street, Street 1700<br>Oakland, CA 94612-4700 | **Attorneys for Defendants**<br>**WILLIAM D. SPENCER, F.W.**<br>**SPENCER & SON, INC.,**<br>**BRISBANE MECHANICAL CO.,**<br>**BRUCE R. BONAR, and WILLIAM**<br>**M. MCGAHAN** |

(*copies sent via e-mail to:*
tlm@mcinerney-dillon.com and
lsw@mcinerney-dillon.com)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 4, 2007, at San Francisco, California.

        /s/Mary Ann Mendoza
        MARY ANN MENDOZA

-1-

PROOF OF SERVICE, Case No. C 04 4632 SI